NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RMS HOLDING, LLP, and RUSSELL M. SETTI,

        Appellants,

v.

ALAN C. PETERSON, SR., ALAN C. PETERSON, SR. REVOCABLE TRUST, THE PETERSON TRUST, CAROLYN M. ERICSON, ERICSON CHARITABLE TRUST, ARDEN L. ERICSON, MARTHA P. PETERSON, and THE ESTATE OF ROBERT A. PETERSON, JR.,

        Appellees.

Case No. 2D16-5657

Opinion filed September 12, 2018.

Appeal from the Circuit Court for Lee County; Elizabeth V. Krier, Judge.

Michael T. Robertson of Law Office of Michael T. Robertson, Esq., Sarasota (withdrew after briefing) for Appellants.

Russell M. Setti, pro se.

Christopher P. Boran of Coleman, Yovanovich, & Koester, P.A., Naples, for Appellees Alan C. Peterson, Sr., Alan C. Peterson, Sr. Revocable Trust, The Peterson Trust, Carolyn M. Ericson,

Ericson Charitable Trust, and Arden L.
Ericson.

No appearance for Appellees Martha P.
Peterson and The Estate of Robert A.
Peterson, Jr.


PER CURIAM.


      Affirmed.


KHOUZAM, SLEET, and BADALAMENTI, JJ., Concur.